UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| NICOLE RENEE PAINTER, | : | CASE NO. 20-71598-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) [Docket # 33]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION, DEADLINE TO OBJECT AND HEARING [Docket # 34]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 21st day of June, 2022.

                                                                                     */s/ S. Gregory Hays*
                                                                                      S. Gregory Hays
                                                                                      Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Case 20-71598-wlh    Doc 35    Filed 06/21/22    Entered 06/21/22 11:29:52    Desc Main
Document      Page 2 of 4

```
Label Matrix for local noticing          Acs/Navient                              Amercian Express
113E-1                                   501 Bleecker St                          POB 1270
Case 20-71598-wlh                        Utica, NY 13501-2401                     Newark, NJ 07101-1270
Northern District of Georgia
Atlanta
Tue Jun 21 11:15:42 EDT 2022

American Express National Bank           Arnall Golden Gregory LLP                Bank of America
c/o Becket and Lee LLP                   171 17th Street, N. W.                   POB 15796
PO Box 3001                              Suite 2100                               Wilmington, DE 19886-5796
Malvern  PA 19355-0701                   Atlanta, GA 30363-1031


Michael J. Bargar                        Craig Zander Black                       Chase Card
Arnall Golden Gregory, LLP               The Craig Black Law Firm, LLC            POB 13856
Suite 2100                               Suite 200                                Carol Stream, IL 60197
171 17th Street, N.W.                    5555 Glenridge Connector NE
Atlanta, GA 30363-1031                   Atlanta, GA 30342-4815


Chase Card                               Citi Bank                                Citibank, N.A.
POB 5294                                 POB 9001037                              5800 S Corporate Pl
Carol Stream, IL 60197-5294              Louisville, KY 40290-1037                Sioux Falls, SD 57108-5027


Fit Body Boot Camp Inc                   Flagstar Bank                            (p)GEORGIA DEPARTMENT OF REVENUE
5867 Pine Ave                            5151 Corporate Drive                     COMPLIANCE DIVISION
Chino Hills, CA 91709-6531               Troy, MI 48098-2639                      ARCS BANKRUPTCY
                                                                                  1800 CENTURY BLVD NE SUITE 9100
                                                                                  ATLANTA GA 30345-3202

Happy Money Inc                          Happy Money Inc, DBA Payoff              S. Gregory Hays
3200 Park Center Dr Ste                  1700 Flight Way                          Hays Financial Consulting, LLC
Costa Mesa, CA 92626-7163                Tustin, CA 92782-1839                    Suite 555
                                                                                  2964 Peachtree Road
                                                                                  Atlanta, GA 30305-4909

Hays Financial Consulting, LLC           IRS                                      Navient
S. Gregory Hays                          Centralized Insolvency Operation 19101-7 123 S Justison St
2964 Peachtree Road NW                   Post Office Box 7346                     Wilmington, DE 19801-5363
Suite 555                                Philadelphia, PA 19101-7346
Atlanta, Ga 30305-4909


Navient Solutions, LLC.                  (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA   Office of the United States Trustee
220 Lasley Ave                           BUSINESS AND FINANCE BANKRUPTCY          362 Richard Russell Building
Wilkes-Barre, PA 18706-1430              40 CAPITOL SQUARE SW                     75 Ted Turner Drive, SW
                                         ATLANTA GA 30334-9057                    Atlanta, GA 30303-3315


PRE Leasing Center                       Nicole Renee Painter                     (p)HAPPY MONEY
c/o Pinnacle Lease and MGMT              384 Eagle Tiff Drive                     21515 HAWTHORNE BLVD SUITE 200
Alpharetta, GA 30009                     Sugar Hill, GA 30518-7112                TORRANCE CA 90503-6512


(p)PNC BANK RETAIL LENDING               SoFI Consumer Loan Program 2019-2        Sofi
P O BOX 94982                            SoFi Lending Corp                        2750 E Cottonwood Pkwy
CLEVELAND OH 44101-4982                  2750 E Cottonwood Pkwy Suite 300         Cottonwood Heights, UT 84121-7284
                                         Salt Lake City, UT 84121-7285
```

```
Special Assistant U.S. Attorney        UNITED STATES DEPARTMENT OF EDUCATION    (p)US BANK
401 W. Peachtree Street NW             CLAIMS FILING UNIT                       PO BOX 5229
Stop 1000-D, Suite 600                 PO BOX 8973                              CINCINNATI OH 45201-5229
Atlanta, GA 30308                      MADISON, WI 53708-8973


United States Attorney Office          Us Dept Of Ed/Glelsi
75 Ted Turner Drive SW                 Po Box 7860
Suite 600                              Madison, WI 53707-7860
Atlanta, GA 30303-3309
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
GADOR                                  Office of the Attorney General           Payoff
Georgia Department of Revenue Compliance   40 Capitol Square, SW                DEPT LA 24666
1800 Century Blvd NE, Suite 9100       Atlanta, GA 30334                        Pasadena, CA 91185
Atlanta, GA 30345-3202


Pncbank                                (d)State of Georgia Revenue Commissioner United Community Bank
2730 Liberty Ave                       1800 Century Boulevard                   POB 790408
Pittsburgh, PA 15222                   Suite 15300                              Saint Louis, MO 63179
                                       Atlanta, GA 30345
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)LAKEVIEW LOAN SERVICING, LLC        End of Label Matrix
                                       Mailable recipients     34
                                       Bypassed recipients      1
                                       Total                   35
```